UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| ELIZABETH HOTCHKISS, on behalf of herself and all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EXPERIAN INFORMATION SOLUTIONS, )<br>INC., )<br>)<br>Defendant. | Case No. 5:18-cv-83 |

**ORDER**

Pursuant to the Parties' Stipulation, it is HEREBY ORDERED:

(1) This matter is DISMISSED WITH PREJUDICE as to the class action claims; and

(2) This matter is DISMISSED WITHOUT PREJUDICE as to Plaintiff's individual claims; and

(3) Each Party shall bear its own costs and attorney's fees.

Dated at Rutland, in the District of Vermont, this 25th day of February, 2019.

Geoffrey W. Crawford, Chief Judge
United States District Court